UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GARY L. GENTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:3:14-CV-191-PLR-HBG |
| | ) | |
| DENNIS NICELY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that the Defendants' motion to dismiss is **GRANTED**, and Plaintiff's Complaint is **DISMISSED**, **with prejudice.**

The Clerk is **DIRECTED** to remove the trial scheduled for December 1, 2015, from the court's docket.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**